PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH L. PRATT,<br><br>Defendant. | Case No. 1:19-CR-00256-NONE-SKO<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss Count Four and Count Five of the Indictment as to Kenneth L. Pratt in the interest of justice.

DATED:  September 29, 2021             Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       Acting United States Attorney

                              By:      /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Count Four and Count Five as to Defendant Kenneth L. Pratt are dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated:   **September 29, 2021**  _____
                                                                                  UNITED STATES DISTRICT JUDGE